**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| GLYNIS DEWITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-02509 |
| ) | |
| NAVIENT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Glynis Dewitt, and Defendants, Navient Corporation, Navient Solutions, LLC, Ascendium Education Solutions, f/k/a United Student Aid Funds, Inc., and Collecto, Inc. d/b/a EOS CCA., each through their respective attorneys, and hereby stipulate to the dismissal of this cause with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

MORROW WILLNAUER CHURCH, LLC.

By: *s/ Gary J. Willnauer*
　　GARY J. WILLNAUER, #14484
　　THOMAS G. MUNSELL, #17037
　　BLAKE H. BUTNER, #69024
8330 Ward Parkway, Suite 300
Kansas City, Missouri 64114
Telephone:  816.382.1382
Fax:  816.382.1383
gwillnauer@mwcattorneys.com
tmunsell@mwcattorneys.com
bbutner@mwcattorneys.com

ATTORNEYS FOR PLAINTIFF

GREENBERG TAURIG, LLP

By: *s/ Lisa M. Simonetti*
    Lisa M. Simonetti
1840 Century Park East, Ste 1900
Los Angeles, CA 90067-2121
Telephone:  (310) 586-7700
Fax:  (310) 586-7800
simonettil@gtlaw.com

Justin M. Dean
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone:  (816) 471-1301
Fax:  (816) 471-1303
justin.dean@ogletree.com

ATTORNEYS FOR DEFENDANTS NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., ASCENDIUM EDUCATION SOLUTIONS f/k/a UNITED STUDENT AID FUNDS, INC.

BERMAN & RABIN, P.A.

By: *s/ Benjamin N. Hutnick*
    Benjamin N. Hutnick
15280 Metcalf
Overland Park, KS 66223
Telephone:  (913) 649-1555
Fax:  (913) 649-2335
bhutnick@bermanrabin.com

ATTORNEYS FOR DEFENDANTS COLLECTO, INC. d/b/a EOS CCA

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 10th day of September, 2020, the above and foregoing was filed with the Clerk of the United States District Court for the District of Kansas via the CM/ECF electronic filing system which serves a copy via electronic mail, to all CM/ECF participants.

*s/ Gary J. Willnauer*

ATTORNEYS FOR PLAINTIFF